In the Matter of the Application of FRANK BAILEY et al., Appellants, for an Order, Pursuant to Section 61-a of the General Corporation Law, Assessing upon BUSH TERMINAL COMPANY, Respondent, the Reasonable Expenses, Including Attorneys' Fees Incurred by Petitioners in Connection with an Action in the Supreme Court of the State of New York, New York County, Entitled: " C. WALTER RANDALL, as Trustee, Plaintiff, v. FRANK BAILEY et al., Defendants," and awarding such expenses as special costs recoverable as statutory costs.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Ancillary Executor of EDWARD T. BEDFORD, Deceased, Appellant, for an Order, Pursuant to Section 61-a of the General Corporation Law, Assessing upon BUSH TERMINAL COMPANY, Respondent, the Reasonable Expenses, Including Attorneys' Fees Incurred by Petitioner in Connection with an Action in the Supreme Court of the State of New York, New York, New York County, Entitled: " C. WALTER RANDALL, as Trustee, Plaintiff, v. FRANK BAILEY et al., Defendants," and awarding such expenses as special costs recoverable as statutory costs.

Argued June 10, 1943; decided July 20, 1943.

*Spencer Pinkham, Henry F. Holthusen* and *Lawrence S. Pratt* for appellants in first above-entitled proceeding.

*David Paine, George Koegler* and *Francis D. Kalosky* for appellants in second above-entitled proceeding.

*Frederick E. Crane, Arthur Garfield Hayes, John Schulman* and *Morris Shilensky* for respondent.

Orders affirmed, with costs, on the ground that the final judgment within the meaning of the statute had been entered before the date when the statute went into effect. We pass on no other question. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEWIS, J.